

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00419-CR

BILLY JACK HOLLAND                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

## FROM THE 97TH DISTRICT COURT OF CLAY COUNTY
## TRIAL COURT NO. 2015-0041C-CR

----------

## MEMORANDUM OPINION[1]

----------

Appellant Billy Jack Holland pleaded guilty to sexual assault of a child in exchange for 20 years' confinement and now attempts to appeal this conviction. On November 3, 2016, we notified Appellant that the trial court's certification of his right to appeal states that this is a plea-bargain case and that he has no right of appeal. We informed Appellant that unless he or any party desiring to

---

[1]*See* Tex. R. App. P. 47.4.

continue the appeal filed with the court, on or before November 14, 2016, a response showing grounds for continuing the appeal, the appeal would be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Appellant filed a response, but it does not show grounds for continuing the appeal. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; WALKER and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 22, 2016